■ ISIAH SALAAM, an Infant, by His Mother and Natural Guardian, FATIMA SALAAM, et al., Respondents, v CITY OF NEW YORK et al., Appellants. [640 NYS2d 117] —Judgment, Supreme Court, Bronx County (Hansel McGee, J., and a jury), entered on or about March 2, 1995, apportioning liability 100% against defendants, unanimously affirmed, without costs.

Legally sufficient evidence of defendants' constructive notice of a dangerous condition was provided by the uncontroverted testimony at trial that the puddle in which plaintiffs slipped was $2^1/2$ feet by $2^1/2$ feet and was dirty with numerous footprints, both wet and dry, leading out of it in all directions (*see, Negri v Stop & Shop*, 65 NY2d 625; *Catanzaro v King Kullen Grocery Co.*, 194 AD2d 584). Concur—Sullivan, J. P., Ellerin, Rubin and Mazzarelli, JJ.